UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE,

        Plaintiff,

   v.

CAROL YIM LEE, et al.,

        Defendants.

Case No.  25-cv-07235-TLT

**ORDER APPOINTING COUNSEL, STAYING PROCEEDINGS, AND CONTINUING CASE MANAGEMENT CONFERENCE**

Re: Dkt. Nos. 25, 27, 55

Because the Plaintiff has requested and is in need of counsel to assist Plaintiff in this matter, and volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, the attorneys listed below are hereby appointed as counsel for Plaintiff in this matter:

Mary Kelly Persyn (SBN 264782)
Persyn Law & Policy
912 Cole Street PMB 124
San Francisco, CA 94117
628-400-1254
marykelly@persynlaw.com

Steven Michael Selna (SBN 133409)
Benesch Friedlander Coplan & Aronoff LLP
100 Pine Street, Ste 3100
San Francisco, CA 94111-5217
628-600-2250
sselna@beneschlaw.com

United States District Court
Northern District of California

United States District Court
Northern District of California

Kevin B. Frankel (SBN 277840)
Benesch Friedlander Coplan & Aronoff LLP
100 Pine Street, Ste 3100
San Francisco, CA 94111-5217
628-600-2250
kfrankel@beneschlaw.com


Yesul (Kristin) Lee (SBN 349587)
Benesch Friedlander Coplan & Aronoff LLP
100 Pine Street, Ste 3100
San Francisco, CA 94111-5217
628-600-2250
klee@beneschlaw.com


The scope of this referral shall be for:

☒ all purposes for the duration of the case until the conclusion of the case in district court, not to include any appeals

☐ the limited purpose of representing the litigant in the course of

☐ mediation

☐ early neutral evaluation

☐ settlement conference

☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

☐ discovery as follows:

_____

☐ other:

_____

The stay of proceedings that is currently in effect shall be extended until June 30, 2026, except that: (1) no later than June 18, 2026, counsel for Plaintiff shall submit a status report to the Court addressing (a) a plan for service of process upon Defendants in accordance with Federal Rule of Civil Procedure 4; and (b) whether Plaintiff's motion for a preliminary injunction (Dkt. 25) should be denied without prejudice to re-filing once Defendants have entered their appearance in this action.

The initial case management conference currently scheduled for June 25, 2026 is hereby **CONTINUED** to July 9, 2026 at 2 p.m. via videoconference.  The case management statement is due no later than July 2, 2026.

Counsel shall be familiar with General Order No. 25 posted on the Court's website.

IT IS SO ORDERED.

Dated: June 2, 2026

TRINA L. THOMPSON
United States District Judge