UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE,

        Plaintiff,

    v.

CAROL YIM LEE, et al.,

        Defendants.

Case No. 25-cv-07235-TLT

**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION WITHOUT PREJUDICE TO REFILING AND CONTINUING CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 25, 59

On October 26, 2025, Plaintiff filed a motion for preliminary injunction. ECF 25. To date, Plaintiff has not yet been able to serve Defendants. ECF 54, 57. Accordingly, in the Court's Order Appointing Counsel, Staying Proceedings, and Continuing Case Management Conference, the Court asked Plaintiff's newly appointed counsel to submit a status report "addressing (a) a plan for service of process upon Defendants in accordance with Federal Rule of Civil Procedure 4; and (b) whether Plaintiff's motion for a preliminary injunction (Dkt. 25) should be denied without prejudice to re-filing once Defendants have entered their appearance in this action." ECF 59.

Plaintiff's counsel has done so and has requested that the motion for preliminary injunction be denied without prejudice to consider re-filing. ECF 60. Because Defendants have not been served, no preliminary injunction can be granted. *Hawthorne v. Kernan*, No. 17-CV-04960-HSG, 2018 WL 11699497, at *1–2 (N.D. Cal. July 18, 2018); Fed. R. Civ. P. 65(a)(1). Accordingly, the Court **DENIES** Plaintiff's motion for preliminary injunction **WITHOUT PREJUDICE**. Should Plaintiff wish to do so, Plaintiff may refile once Defendants have entered their appearance in this action.

In addition, to allow Plaintiff more time to file a second amended complaint and to serve it

on Defendants thereafter, the Court hereby **CONTINUES** the initial case management currently scheduled for July 9, 2026 to **July 30, 2026, at 2 p.m.** via videoconference. The case management statement is due no later than **July 23, 2026**.

Absent good cause, the Defendants must be served no later than **July 9, 2026**.

Counsel for the Plaintiff may address the administrative motion, **ECF 23**, in the joint case management statement, withdraw the motion, or refile.

This order resolves ECF 25.

IT IS SO ORDERED.

Dated: June 18, 2026

_____
TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California

2