UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE,

               Plaintiffs,

      v.

CAROL YIM LEE, et al.,

               Defendants.

Case No.  25-cv-07235-TLT

**DEFENDANT'S REFERRAL TO THE HELP DESK**

ECF 61, 64-67

Self-Represented Defendant Yiming Peng is **encouraged** to seek free legal assistance from the Legal Help Center located in the San Jose courthouse. The Legal Help Center will not represent you as your lawyer, but can provide basic legal assistance at no cost.  You can schedule an appointment by calling 415-782-8982 or emailing FedPro@sfbar.org.

You can find more information at https://cand.uscourts.gov/pro-se-litigants/.  The court also has a free guide "Representing Yourself in Federal Court: A Handbook for Pro Se Litigants," which provides instructions on how to proceed at every stage of the case, including discovery, motions, and trial.

You can access it online (https://www.cand.uscourts.gov/wp-content/uploads/2023/03/Pro_Se_Handbook_4-2024_MBB.pdf) or in hard copy free of charge from the Clerk's Office.

The Court notes that all parties who have appeared in this case have initially appeared pro se. The remaining defendants to be served are Carol Yim Lee and  Ronald Lee.

**IT IS SO ORDERED.**

Dated: July 29, 2026

TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California