United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE,

Plaintiff,

v.

CAROL YIM LEE, et al.,

Defendants.

Case No. 25-cv-07235-TLT

**ORDER GRANTING DEFENDANTS CAROL YIM LEE AND RONALD LEE'S MOTION FOR ADMINISTRATIVE RELIEF TO ENLARGE TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**

Re: Dkt. No. 85

Before the Court is the Motion for Administrative Relief ("Motion") filed by Defendants Carol Yim Lee and Ronald Lee under Civil Local Rule 7-11 and Federal Rule of Civil Procedure 6(b)(1)(A). ECF 85.

Good cause appearing, the Court **ORDERS** as follows:

1. The Motion is **GRANTED**.
2. Defendants Carol Yim Lee and Ronald Lee shall answer or otherwise respond to the First Amended Complaint (ECF 5) on or before October 30, 2026.
3. All other dates set by the Court remain in effect unless the Court orders otherwise. This includes the dates in the Case Management and Scheduling Order (ECF 83).
4. Further Case Management Conference set for 11/5/2026 at 2:00 PM in San Francisco - Videoconference Only is maintained. A Joint Case Management Statement due by 10/29/2026. Pro se litigants may filed separate statements if they are unable to meet and confer.

IT IS SO ORDERED.

Dated: October 26, 2026

TRINA L. THOMPSON
United States District Judge